UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 7, 2013

No. 12-1516

UNITED STATES OF AMERICA

v.

DURRELL SMITH,
                                        Appellant

(D.N.J. No. 3-10-cr-00704-001)

Present: FUENTES, Circuit Judge


        Motion by Appellant to Amend Opinion filed August 6, 2013 to include
        Alison Brill, Esq. as additional counsel for Appellant.

                                        Respectfully,
                                        Clerk/mb

_____ORDER_____

The foregoing is granted.

                        By the Court,


                        /s/  Julio M. Fuentes
                        Circuit Judge


Dated:   August 12, 2013
DWB/cc:
        Mark E. Coyne, Esq.
        Steven G. Sanders, Esq.
        Kevin F. Carlucci, Esq.
        Alison Brill, Esq.